IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 5:07cr30DCB-FKB-001 |
| | ) | |
| GARY DARNELL JACKSON | ) | |

## ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

This day, this cause came to be heard at the request of the United States Probation Officer regarding the Modification of Supervised Release in the above-styled case.

Gary Darnell Jackson provided a urine sample positive for cocaine on May 13, 2013; considered a Grade C violation. Pursuant to U.S.C. Rule 32.1(c)(1), before modifying the conditions of supervised release, the Court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation. During a Revocation Hearing on August 13, 2013, Jackson, along with counsel, admitted the above stated violations.

As a result, it is the Order of this Court, that Jackson's term of supervised release be modified to include a five (5) month placement at the Residential Reentry Center (RRC) Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi. Jackson shall continue submission of Monthly Supervision Reports (MSRs), as well as pay toward his fine while a resident the RRC. While a resident of the RRC, Jackson shall abide by all the conditions of Supervised Release and follow the rules of the RRC staff. Gary Jackson shall report to the RRC Bannum Place of Jackson at the direction of the supervising U.S. Probation Office. This modification of supervised release is effective immediately.

SO ORDERED, this the 13th day of August, 2013.

DAVID C. BRAMLETTE
SENIOR U.S. DISTRICT COURT JUDGE